UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Patrick K Martinez  
    Maria Martinez  
        Debtor(s)

Case No. 13-13846

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/03/2013.

2) The plan was confirmed on 06/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 01/09/2015.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $36,177.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,373.83 |
| Less amount refunded to debtor | $600.00 |

**NET RECEIPTS:** $26,773.83

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,181.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,044.18 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,225.18

Attorney fees paid and disclosed by debtor:   $319.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACA INTERNATIONAL | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| ACA INTERNATIONAL | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE ASSETS II | Unsecured | 1,936.00 | 2,139.11 | 2,139.11 | 86.99 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 1,649.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 0.00 | 16,375.93 | 16,375.93 | 693.16 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 209.32 | 209.32 | 8.52 | 0.00 |
| ASSETCARE INC | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SRV | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| BEACH CITIES MEDICAL GROUP | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| BENNETT & DELONEY | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| CENTINELA RADIOLOGY | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,936.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 146.00 | 1,197.20 | 1,197.20 | 48.69 | 0.00 |
| CITY OF JOLIET | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 429.00 | 480.00 | 480.00 | 19.53 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 418.00 | 462.24 | 462.24 | 18.80 | 0.00 |
| COMCAST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CARE | Unsecured | 2,896.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDITORS COLLECTION BUREAU | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | NA | 515.77 | 515.77 | 20.97 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| DOMINICKS FOODS | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 2,976.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 156.00 | 785.98 | 785.98 | 31.96 | 0.00 |
| EVEREST CASH ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| EZ AUTO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 2,222.00 | NA | NA | 0.00 | 0.00 |
| GRANT KONVALINKA & HARRISON | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE DELIVERY SYSTEMS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 34.00 | 387.13 | 387.13 | 15.74 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 5,896.00 | 5,766.00 | 5,766.00 | 234.49 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,410.00 | 1,410.00 | 1,410.00 | 57.34 | 0.00 |
| INFINITI FINANCIAL SERVICES | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 191.00 | 191.12 | 191.12 | 7.77 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP OF AMERICA | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| LOS ANGELES CITY FIRE DEPT | Unsecured | 814.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY PHYSICIANS F | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,601.00 | 2,488.60 | 2,488.60 | 101.21 | 0.00 |
| MACNEAL HOSPITAL | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| MARY E MONACO DO | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,063.00 | 742.92 | 742.92 | 30.21 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 893.00 | 771.66 | 771.66 | 31.38 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 198.00 | 2,664.49 | 2,664.49 | 108.36 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 966.00 | 824.22 | 824.22 | 33.52 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 772.90 | 772.90 | 31.43 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,198.09 | 1,198.09 | 48.73 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 3,176.00 | NA | NA | 0.00 | 0.00 |
| MITCHELL N KAY | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| MOBILE ANESTHESIOLOGISTS | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| NORTH AMERICAN CREDIT SERVICE | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| OAKLAWN RADIOLOGY IMAGING CO | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 4,187.00 | 1,473.42 | 1,473.42 | 32.73 | 0.00 |
| PENN CREDIT CORP | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD FIRE & AMBULANCE | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| PREMIER DERMATOLOGY | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 6,506.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 100.00 | 15,145.32 | 15,145.32 | 615.92 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 37.00 | 183.61 | 183.61 | 7.46 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| REVMD | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| REZIN ORTHOPEDIC CENTERS | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 110.00 | 110.59 | 110.59 | 4.50 | 0.00 |
| RONALD J SCALETTA | Unsecured | 2,595.00 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY LOAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| STREAMS OF PLAINFIELD HOMEOWI | Secured | 950.00 | 950.00 | 950.00 | 950.00 | 14.86 |
| STREAMS OF PLAINFIELD HOMEOWI | Unsecured | NA | 417.89 | 417.89 | 16.99 | 0.00 |
| SUBURBAN GASTROENTEROLOGY | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| TIBURON FINANCIAL | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| VICTOR VENEGAS | Unsecured | 2,560.00 | NA | NA | 0.00 | 0.00 |
| WATERMARK PHYSICIAN SERVICES | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 79,104.43 | 19,277.39 | 19,277.39 | 19,277.39 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD DISCOUNT AUTO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $19,277.39 | $19,277.39 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $950.00 | $950.00 | $14.86 |
| **TOTAL SECURED:** | **$20,227.39** | **$20,227.39** | **$14.86** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$56,713.51** | **$2,306.40** | **$0.00** |

| Disbursements: | |
|---|---|
|    Expenses of Administration | $4,225.18 |
|    Disbursements to Creditors | $22,548.65 |
| **TOTAL DISBURSEMENTS:** | **$26,773.83** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2015    By: /s/ Glenn Stearns
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**